Aaron J. Tolson, Esq.
TOLSON & WAYMENT, PLLC
2677 E. 17th Street, Suite 300
Ammon, Idaho, 83406
Email: ajt@aaronjtolsonlaw.com
Telephone: 208-228-5221
Fax: 208-228-5200
I.S.B. #6558

Attorney for Debtor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>CRAIG MASON<br>FELICIA MASON<br><br>    Debtors. | )<br>)  Case No. 16-40946<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISCONTINUE GARNISHMENT

COMES NOW Debtors, Craig Mason and Felicia Mason, by and through their attorney of record, Aaron J. Tolson, and hereby moves this Court for an Order discontinuing the garnishment that is currently in place for their Chapter 13 payment as follows:

1.  The Debtors have paid through the TFS system for the past 3 years. This has worked well for them with regard to the other bills and obligations they have.

2.  When the garnishment was put into place, the Debtors had a lot of major life events happen to them including marital issues, where they had discussed separation, Felicia lost her job when the company she was with for 5 years closed it's doors, making Craig the sole provider for their daughter and his elderly parents who lost

1 -     MOTION TO DISCONTINUE GARNISHMENT

      there home 4 years ago and are living with the Debtors. Additionally, Craig was admitted into Bingham Memorial Hospital with a huge wound on his leg. He was in the hospital 5 days and unable to return to work for close to 3 weeks before his wound care doctor approved him to go back to work doing long haul truck driving.

3.    Craig is now back to work, and Felisha has started a new job, but it was a huge loss in pay. The Debtors are getting back on their feet, but they need the garnishment discontinued, and be allowed to continue payments through TFS system again.

4.    The Debtors are almost to the end of their bankruptcy which has been a very high payment for them, and they would just like to complete the bankruptcy without hindrance of their other bills.

DATED this 16th day of January, 2020.

                                                TOLSON & WAYMENT

                                                _____
                                                Aaron J. Tolson
                                                Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2020, I filed a copy of the attached document with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

Kathleen A. McCallister kam@kam13trustee.com, kmccallister13@ecf.epiqsystems.com
Aaron J Tolson ajt@aaronjtolsonlaw.com
US Trustee ustp.region18.bs.ecf@usdoj.gov

I further cetify that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

_____
Aaron J. Tolson
Attorney

3 -    MOTION TO DISCONTINUE GARNISHMENT